[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-15211
Non-Argument Calendar
_____

D.C. Docket No. 3:17-cr-00223-JA-TFM-10


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus


TIMOTHY LAMAR SPINKS,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(March 2, 2020)

Before ED CARNES, Chief Judge, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Everett Urech, appointed counsel for Timothy Spinks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Spinks's convictions and sentences are **AFFIRMED**.